## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| AL AND PO CORPORATION, an Illinois corporation, individually and on behalf of all others similarly situated, ) ) ) ) ) | |
| Plaintiff, ) ) | Case No. 14-cv-1808 |
| ) | Hon. Samuel Der-Yeghiayan |
| v. ) ) | |
| ) | Magistrate Judge Geraldine Soat Brown |
| AM-MED DIABETIC SUPPLIES, INC. d/b/a BEYOND MEDICAL USA, a Florida corporation, ) ) ) ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this action with prejudice as to Plaintiff's individual claims, and without prejudice as to the class claims.

Date: September 10, 2014

Respectfully submitted,

AL AND PO CORPORATION, individually and on behalf of all others similarly situated,

By: *s/ Joseph J. Siprut*
    One of the Attorneys for Plaintiff
    And the Proposed Putative Class

Joseph J. Siprut
*jsiprut@siprut.com*
Gregg M. Barbakoff
*gbarbakoff@siprut.com*
Ismael T. Salam
*isalam@siprut.com*
SIPRUT PC
17 North State St.
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.241.1260

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a true and correct copy of the foregoing **Notice of Voluntary Dismissal** was filed on this 10th day of September, 2014, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

        *s/ Joseph J. Siprut*

4848-1233-5902, v. 1