**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| AL and PO Corporation | ) | |
|     Plaintiff | ) | Case No: 14 C 1808 |
| | ) | |
| v. | ) | |
| | ) | Judge: Samuel Der-Yeghiayan |
| Am-Med Diabetic Supplies, Inc. | ) | |
|     Defendant | ) | |
| | ) | |

**ORDER**

Plaintiff having filed a notice of voluntary dismissal [32], this action is hereby ordered dismissed with prejudice as to Plaintiff's individual claims, and without prejudice as to the class claims, with each party to bear its own costs and fees. All pending dates and motions, if any, are hereby stricken as moot. Civil case terminated.

Date: September 11, 2014          /s/ _Samuel Der-Yeghiayan_
                                             Samuel Der-Yeghiayan
                                             U.S. District Court Judge